**Janet SIDWELL–SMITH, Appellant,**

v.

**Erin WANSTREET, Respondent.**

**No. ED 75297.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 28, 1999.

Michael A. Campbell, Kenneth L. Coyne, Campbell & Coyne, P.C., St. Louis, for Appellant.

Charles D. Sindel, St. Louis, for Respondent.

Before GARY M. GAERTNER, P.J., and PAUL J. SIMON and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Janet Sidwell–Smith, appellant, appeals the judgment in her favor against respondent, Erin Wanstreet, for $2,000 actual damages and $3,000 punitive damages for respondent's fraudulent misappropriation of appellant's identity and credit history.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would have no precedential value, we af-

firm the judgment in accordance with Rule 84.16(b).